UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL ACCESS ASSOCIATION, suing on behalf of Roy Davis Gash; ROY DAVIS GASH,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HOMER HELLER, INC., doing businass as Heller Ford Mitsubishi Suzuki; DONALD HELLER; DONALD HELLER 1981 TRUST; DOES 1 THROUGH 10,<br><br>　　　　　　　　　　　　　Defendants. | Civil No.   06-cv-2084-BEN (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

　　　At an Early Neutral Evaluation conference before this Court on February 7, 2007, the parties reached a settlement of this case which was placed on the record.  By this Court's Order of February 8, 2007, the parties were to submit their Joint Motion for Dismissal to the Honorable Roger T. Benitez on or before March 19, 2007, or to jointly contact this Court's chambers for a telephonic Settlement Disposition Conference on March 20, 2007 at 9:30 a.m.  Defendant's counsel failed to initiate and coordinate that conference call as ordered.  IT IS HEREBY ORDERED that:

　　　1.　　A Joint Motion for Dismissal shall be submitted to the Honorable Roger T. Benitez on or before **April 6, 2007.**  A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter.  The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

　　　2.　　If a Joint Motion for Dismissal is not submitted on or before April 6, 2007, then a

1   Settlement Disposition Conference shall be held on **April 9, 2007,** at **9:30 a.m.**
2   before Judge Porter.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.
3   Defendant's counsel shall initiate and coordinate the conference call.
4      3.   If a Joint Motion for Dismissal is received on or before April 6, 2007, the Settlement
5   Disposition Conference shall be VACATED without further court order.

7   DATED:  March 29, 2007

9   LOUISA S PORTER
    United States Magistrate Judge

11  cc:      The Honorable Roger T. Benitez
12            all parties