# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL ACCESS ASSOCIATION, SUING ON BEHALF OF ROY DAVIS GASH; and ROY DAVIS GASH, An Individual,**<br><br>Plaintiffs,<br>**v.**<br><br>**HOMER HELLER, INC., d.b.a. HELLER FORD MITSUBISHI SUZUKI; DONALD R. HELLER; DONALD R. HELLER 1981 TRUST;** And **DOES 1 THROUGH 10,** Inclusive<br><br>Defendants**.** | Case No.: 06cv2084 BEN (POR)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY** |

     **IT IS HEREBY ORDERED** that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint Case No. **06cv2084 BEN (POR)** and Plaintiffs' Complaint shall be dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: April 9, 2007

_____

HONORABLE JUDGE ROGER T. BENITEZ
U.S. DISTRICT COURT JUDGE